IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,     :    Case No. 3:12-PO-52

-vs-

    Magistrate Judge Michael J. Newman

BERTIE HOWELL,

    Defendant.     :

---

**ORDER**

---

This is a criminal matter for which the Defendant was referred for a competency evaluation.

Counsel for both sides shall advise the Court, in writing and within **TEN DAYS** of the issuance of this Order, as to the status of this matter.

**IT IS SO ORDERED.**

October 12, 2012              s/**Michael J. Newman**
                                                              United States Magistrate Judge